**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Macheo Wells,

        Petitioner,                      Civil No. 06-2135 (RHK/RLE)

vs.                                      **ORDER**

Federal Bureau of Prisons, Federal Prison
Camp, Warden R. L. Morrison,

        Respondents.

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge