UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Macheo Wells,                                                    Civil No. 06-2135 (RHK/RLE)

                    Petitioner,

          vs.                                                       **ORDER**

Federal Bureau of Prisons,
Federal Prison Camp and
R.L. Morrison, Warden,

                    Respondents.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

1. The Report and Recommendation (Doc. No. 9) is **ADOPTED**; and

2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**, insofar as it would obligate the BOP to make a determination as to the Petitioner's placement in a RRC any sooner than the time period specified in Program Statement 7310.04, but is **GRANTED** to the extent of requiring the BOP to refrain from an RRC placement decision predicated upon 28 C.F.R. §§570.20, and 570.21.

Dated: January  31 , 2007

                                                                   s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge